UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJID ALFARAG,<br><br>                    Plaintiff,<br><br>        v.<br><br>LOUIS DEJOY,<br><br>                    Defendant. | CASE NO. 2:22-cv-1745<br><br>ORDER ON MOTION FOR RECONSIDERATION |

This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's Order Requesting Counsel. (Dkt. No. 11.) The Court has reviewed the Motion and all relevant material and DENIES Plaintiff's Motion.

**BACKGROUND**

Plaintiff brought an Employment Discrimination claim for acts allegedly perpetrated against him by managers while he was employed at the United States Postal Service. Plaintiff was granted leave to proceed in forma pauperis and previously brought a motion for Court

appointed counsel, which the Court denied. (See Dkt. No. 10.) Plaintiff now asks the Court to reconsider that decision.

## ANALYSIS

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rule 7(h)(1).

It is well established that "[t]he decision to appoint counsel in a civil suit is one of discretion and a district court's determination will be overturned only for abuse of that discretion." Cano v. Taylor, 739 F.3d 1214, 1218 (9th Cir. 2014) (internal citation omitted). The court must consider whether there is a "likelihood of success on the merits" and whether "the [plaintiff] is unable to articulate his claims in light of the complexity of the legal issues involved." Id.

Plaintiff argues that he sought legal counsel prior to filing his claim but was unable to retain an attorney. (Mot. for Reconsideration at 3.) He further contends that due to financial hardships he is unable to hire an attorney to take his case. (Id.) While the Court sympathizes with Plaintiff, an inability to secure an attorney prior to filing a claim does not entitle plaintiffs to court appointed counsel. The Court DENIES Plaintiff's Motion.

The Court understands that navigating federal court can be difficult to do by oneself and directs Plaintiff to utilize the resources available at the Western District of Washington's "Representing Yourself ('Pro Se')" web page located here:

https://www.wawd.uscourts.gov/representing-yourself-pro-se.

//

//

ORDER ON MOTION FOR RECONSIDERATION - 2

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated March 8, 2023.

A

Marsha J. Pechman
United States Senior District Judge