The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJID ALFARAG,<br><br>                Plaintiff,<br><br>    v.<br><br>LOUIS DEJOY, Postmaster General, U.S. Postal Service,<br><br>                Defendant. | Case No. 2:22-cv-01745-MJP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS AND CORRESPONDING MODIFICATION OF CASE SCHEDULE<br><br>Noted for Consideration:<br>May 8, 2024 |

As a result of Plaintiff's request for more time to search for legal representation, the parties hereby STIPULATE, AGREE and JOINTLY REQUEST an order extending the response and corresponding reply deadlines for Defendant's Motion for Judgment on the Pleadings by 60 days modifying the deadlines set forth in the Court's July 21, 2023, Order Setting Trial and Related Dates (Dkt. 22), as follows:

STIPULATED MOTION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT
ON THE PLEADINGS AND MODIFICATION OF CASE SCHEDULE
[Case No. 2:22-cv-01745-MJP] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Response to Defendant's Motion for Judgment on the Pleading due by | 5/13/2024 | 7/15/2024 |
| Defendant's Reply in Support of Motion for Judgment on the Pleadings due by | 5/17/2024 | 7/19/2024 |
| Discovery completed by | 5/20/2024 | 7/19/2024 |
| All dispositive motions must be filed by | 6/17/2024 | 8/16/2024 |

In addition, the parties ask the Court to set a new trial date of no earlier than December 16, 2024, with all trial related deadlines set corresponding to the new trial date. The parties have set forth their current scheduling conflicts below:

Plaintiff:

Defendant: December 26, 2024–January 3, 2025; January 14–20, 2025; February 24–March 11, 2025; April 14–18, 20205; May 12–15, 2025.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Good cause exists for extending the specific deadlines noted above, as Plaintiff is requesting additional time to respond to Defendant's Motion in order to seek counsel. Defendant joins in the request in order to provide Plaintiff sufficient time.

//

//

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS AND MODIFICATION OF CASE SCHEDULE
[Case No. 2:22-cv-01745-MJP] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

DATED this 8th day of May, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Rebecca S. Cohen*
REBECCA S. COHEN, WSBA No. 31767

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: rebecca.cohen@usdoj.gov
Email: alixandria.morris@usdoj.gov

*Attorneys for Defendant DeJoy*

*s/ Majid Alfarag*
Majid Alfarag
10032 Edmonds Way, Apt 210
Edmonds, WA 98020
Phone: 509-879-4237
Email: majid.alfarag@yahoo.com

*Pro Se Plaintiff*

I certify that this memorandum contains 258 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS AND MODIFICATION OF CASE SCHEDULE
[Case No. 2:22-cv-01745-MJP] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.

DATED this 8th day of May, 2024.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT ON THE PLEADINGS AND MODIFICATION OF CASE SCHEDULE
[Case No. 2:22-cv-01745-MJP] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970